COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-14-00214-CV

Style:            Amanda  Broussard v. The Bank of New York

Date motion filed:  April 8, 2014

Type of Motion:   Objection to Mediation

Party filing motion:  Appellee

It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated March 24, 2014.

Judge's signature: /s/ Laura Carter Higley
              ☐ Acting individually

Date:  April 10, 2014

\*        Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).